UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FRANCISCO BAUTISTA,

    Plaintiff,

-against-

VENTURE 2275 LLC, et al.,

    Defendants.

19-CV-916 (AJN) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/19

**BARBARA MOSES, United States Magistrate Judge.**

As discussed on the record at the November 14, 2019 status conference, all fact discovery will conclude, as scheduled, by November 29, 2019. The parties have confirmed that neither side anticipates expert testimony. The parties are reminded that a post-discovery status conference is scheduled before Judge Nathan on December 13, 2019, at 3:30 p.m. (Dkt. No. 38), which is also the deadline for all counsel to "meet in person for at least one hour to discuss settlement." (Dkt. No. 16 ¶ 11.)

At the request of the parties, a settlement conference is scheduled before Judge Moses on **January 15, 2020 at 2:15 p.m.** A separate order will issue concerning the conduct of the conference and the parties' pre-conference responsibilities.

Dated: New York, New York
      November 14, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**