UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO BAUTISTA,

    Plaintiff,

-against-

VENTURE 2275 LLC, et al.,

    Defendants.

19-CV-916 (AJN) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/20

**BARBARA MOSES, United States Magistrate Judge.**

Counsel in this action have required frequent judicial reminders concerning their basic litigation responsibilities, including, *inter alia*, their filing deadlines (*see*, *e.g*., Dkt. Nos. 14, 17) and their obligation to cooperate concerning discovery and scheduling (*see*, *e.g*., Dkt. Nos. 37, 43, 45). They appear to have once again neglected their professional duties.

This Court's Order Scheduling Settlement Conference, dated November 14, 2019 (Dkt. No. 49) set a settlement conference for January 15, 2019, at 2:15 p.m., and directed the parties to comply with various pre-conference responsibilities in advance of that date. Paragraph 2 required that "promptly after receipt of this Order, the parties conduct at least one good-faith settlement discussion, in person, and that each party convey to each opposing party at least one good-faith settlement demand or offer, in advance of the deadline, set forth below, for submitting confidential settlement letters." Sched. Order ¶ 2. Paragraph 3 required the parties to submit their confidential settlement letters (together with their Acknowledgment Forms identifying the individuals who will attend the settlement conference, *id.* ¶ 4) at last one week before the conference. *Id.* ¶ 3. That deadline was yesterday. Neither side submitted their confidential settlement letters or Acknowledgment Forms on the due date. Plaintiff's counsel submitted his letter and Acknowledgement Form this morning. Defendants' counsel has thus far submitted nothing.

The parties' deadline to comply with the Court's Scheduling Order, including its requirements to submit confidential settlement letters and Acknowledgment Forms, is hereby EXTENDED to **noon on January 10, 2020**. The Court reminds the parties that **failure to comply with pre-conference responsibilities may result in sanctions**. Sched. Order at 1.

Dated: New York, New York
      January 9, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**