USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO BAUTISTA,

    Plaintiff,

-against-

VENTURE 2275 LLC, et al.,

    Defendants.

19-CV-916 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' belated confidential settlement letters (s*ee* Dkt. Nos. 49, 58), submitted in advance of the settlement conference scheduled for January 15, 2020, at 2:15 p.m. The Court notes that defendants' settlement letter, received today, fails to include "the date and time of the parties' last good-faith settlement discussion and the terms of each party's most recent demand or offer," as required by this Court's Order scheduling the settlement conference. (Dkt. No. 49 ¶ 3(d).) Indeed, it does not reflect that defendants have made any offer at all. Defendants have also failed to submit an Acknowledgment Form "identifying the individuals who will attend the settlement conference," as required by that Order. (*Id.* ¶ 4.)

It is hereby ORDERED that:

1. No later than **noon on January 13, 2020**, defendants shall submit to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, their Acknowledgment Forms, as well as a supplemental confidential settlement letter including "the date and time of the parties' last good-faith settlement discussion and the terms of each party's most recent demand or offer."

2. The parties shall bring copies of defendants' relevant tax returns, as well as all checks, pay stubs, or other records reflecting payments by defendants to plaintiff, to the January 15, 2020 settlement conference.

Defendants' failure to comply with paragraph 1 of this Order may result in the Court adjourning the January 15, 2020 settlement conference and/or in sanctions.

Dated: New York, New York
      January 10, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**