USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Bautista,

                Plaintiff,

      –v–

Venture 2275 LLC, *et al.*,

                Defendants.

19-cv-916 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Pursuant to the Court's order of March 4, 2020, the parties were to submit to the Court both the settlement agreement and a joint letter explaining why the settlement should be approved on or before April 3, 2020. As of the date of this order, the Court is not in receipt of these materials. Accordingly, the parties are hereby ordered to submit these material on or before May 18, 2020. Furthermore, no later than one week after these materials are submitted, the parties should submit a joint letter advising the Court of whether the parties consent to conducting all further proceedings before the assigned Magistrate Judge, as described in the Court's March 4, 2020 order. The parties are free to withhold consent without negative consequences.

      SO ORDERED.

Dated: May __4__, 2020
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge