

**LAW OFFICES OF WILLIAM CAFARO**

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/20

July 13, 2020

*Via ECF*
Honorable Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  Francisco Bautista v. Venture 2275, et al
      Case No.: 19-cv-00916 (AJN) (BCM)

Your Honor:

This firm represents Plaintiff, Francisco Bautista, in the above-referenced wage and hour action brought against Defendants Venture 2275 LLC and Anthony Nisthalal for alleged violations of the Fair Labor Standards Act and the New York Labor Law.  We write, with Defendant's consent, to request that the deadline to submit the parties' settlement agreement and cheeks motion be extended from today to July 17, 2020.  The reason for this request is that the parties recently agreed on a final version of the settlement agreement and will be signing it this week.[1]

Application GRANTED. SO ORDERED.

*/s/ Barbara Moses*

Barbara Moses, U.S.M.J.
July 14, 2020

Respectfully submitted,
LAW OFFICES OF WILLIAM CAFARO

_____/s/_____
William Cafaro, (WC 2730)

---

[1] On June 24, 2020, the parties emailed the judgements clerk an executed "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" form consenting to Your Honor's jurisdiction. *See* **Exhibit 1**.  We are still awaiting a ruling on this document.